HOWARD D. BAILEY and Others, Respondents, v. DAVID F. BUTCHER and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Clark, Davis, Sears and Crouch, JJ.

JOSEPH H. JAMMAL, Respondent, v. GIRARD FIRE AND MARINE INSURANCE COMPANY, Appellant, and GEORGE E. MCALLISTER, Respondent.— Motion to amend order of affirmance [210 App. Div. 145] so as to award to the defendant McAllister the costs of the trial, denied. There having been no allowance of costs to the defendant McAllister by the trial court, as required by section 1476 of the Civil Practice Act, there was no authority for taxing costs of the trial in his favor; and the clerk having struck out such costs on retaxation and no steps having been taken to review his action, this court is without power to reinstate such costs. Present — Clark, Davis, Sears and Crouch, JJ.

In the Matter of the Application of JAMES ALBEE and Others to Construct a Ditch in the Town of Granby.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Clark, Davis, Sears and Crouch, JJ.

BANNER MILLING COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion for leave to appeal to Court of Appeals granted. Present — Clark, Davis, Sears and Crouch, JJ.

HELEN G. CLEERE, Appellant, v. JEREMIAH T. RILEY, Individually and as Executor, etc., and Others, Appellants. THOMAS J. GALLAGHER, Respondent.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Clark, Davis, Sears and Crouch, JJ.

GEORGE F. MUIR, Appellant, v. WILLIAM RAUSCHERT, Respondent.— Appeal dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

EVELYN FREAY, an Infant, etc., Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion granted and appeal dismissed, without costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

HERRING-CURTISS COMPANY, Appellant, v. GABRIEL H. PARKHURST, as Trustee, etc., Respondent.— Appeal from order entered May 22, 1924, dismissed unless appellant shall be ready to argue the appeal at the opening of the November term. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of Proving the Last Will and Testament of MARIA T. DOTTER-WEICH, Deceased.— Appeal dismissed unless appellants shall be ready to argue the appeal at the opening of the November term. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of the Application of CHARLES CARY for an Order of Peremptory Mandamus against FRANK X. SCHWAB and Others, as Councilmen of the City of Buffalo.— Application of Delaware Avenue Association, Inc., granted, for permission to be heard and file brief on the argument of the appeal herein. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

EDWARD BECKWITH, Appellant, v. UNION INSURANCE SOCIETY OF CANTON, LTD., Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

AMERICAN PITTSTON AND MACHINE CO., INC., Respondent, v. FRIEDA MANDT, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.